ACCEPTED
01-14-00703-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 4:26:15 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FIRST APPELLATE DISTRICT

### NO. 01-14-00703-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/24/2015 4:26:15 PM
CHRISTOPHER A. PRINE
Clerk

### CHRISTOPH HENKEL

**APPELLANT**

**v.**

### EMJO INVESTMENTS, LTD. and H.J. VON DER GOLTZ

**APPELLEES**

### APPELLEES' AGREED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

Appellees Emjo Investments, Ltd. and H.J. von der Goltz file this Agreed Motion for Extension of Time to File Appellees' Brief under the authority of Texas Rule of Appellate Procedure 10.5(b) and would respectfully show the following:

1.      The parties to this appeal are currently engaged in settlement discussions. In the event of a successful settlement, this appeal would be dismissed. Accordingly, Appellees and Appellant Christoph Henkel ("Henkel") Henkel are in agreement with the request for extension.

2.      Appellees seek the 30-day extension of the briefing deadline to allow the parties the opportunity to attempt to resolve the litigation without further expense by the parties and the Court.

3.      This is an appeal from an order of the 215th Judicial District Court entered October 21, 2014, denying Henkel's Special Appearance.

4.    Henkel filed his Notice of Appeal on November 10, 2014. Henkel filed his opening brief on January 5, 2015.

5.    Appellees' brief is due to be filed on or before February 25, 2015.

6.    This motion seeks an extension of time of 30 days, up to and including March 27, 2015.

7.    This is Appellees' second request for an extension to file their brief.

Therefore, Appellees Emjo Investments, Ltd. and H.J. von der Goltz respectfully request that the Court extend the time for them to file their brief by 30 days, up to and including March 27, 2015.

Respectfully submitted,

**ELLISON & KELLER, P.C.**

/s/Kelley M. Keller
By: Kelley M. Keller
State Bar No. 11198240
5120 Woodway, Suite 6019
Houston, Texas 77056
Telephone: 713-266-8200
Facsimile: 713-266-8201
kkeller@ellison-keller.com

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I, Kelley M. Keller, certify that on February 24, 2015, I conferred with counsel for the Appellant regarding settlement discussions in this matter and the briefing schedule in this appeal. Counsel for Appellant is in agreement with the relief sought in this motion.

/s/Kelley M, Keller
Kelley M. Keller

## CERTIFICATE OF SERVICE

A true and correct copy of this *Appellees' Agreed Motion for Extension of Time to File Appellees' Brief* has been forwarded to all counsel of record on February 24, 2015, via email and/or eservice as follows:

Asher Griffin
Chris Sileo
Sean Flammer
SCOTT, DOUGLASS & MCCONNICO, LLP
600 Congress Ave., Ste 1500
Austin, Texas 78701-2589
Facsimile: 512-474-0731
agriffin@scottdoug.com

*Attorneys for Defendants*
*Chalsys Capital Partners, Meliora Energy*
*Technologies, S.a.r.L, and Sonia Lo*

F. Eric Fryar
Matthew Buschi
Christina Richardson
FRYAR LAW FIRM, P.C.
912 Prairie, Suite 100
Houston, Texas 77002-3145
Facsimile: 281-605-1888
eric@fryarlawfirm.com

*Attorneys for all Intervenors/Plaintiffs*

Sean Gorman
Jane Langdell Robinson
Jamie Aycock
AHMAD. ZAVITSANOS, ANAIPAKOS, ALAVI &
 MENSING P.C.
3460 One Houston Center
1221 McKinney Street
Houston. Texas 77010
Facsimile: 713-658-0062
sgorman@azalaw.com
jrobinson@azalaw.com
jamieaycock@azalaw.com

*Attorneys for Appellant Christoph Henkel*

/s/Kelley M. Keller
Kelley M. Keller